IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICAN,
FOR THE USE OF S. H. ANTHONY, INC.            PLAINTIFF

V.                                                                               CIVIL ACTION
NO. 1:15-CV-128-KS-RHW

SAUER INCORPORATED and
FEDERAL INSURANCE COMPANY
                                                                                    DEFENDANTS

## Order

There are currently two motions in limine pending: Sauer's Motion in Limine [121] and S. H. Anthony's Motion in Limine [127]. Any responses to these motions must be filed on or before **January 10, 2017**. If the movants want to file replies, they must be filed at or before **noon on January 13, 2017**.

SO ORDERED AND ADJUDGED, on this, the  4th  day of January, 2017.


                                                                s/Keith Starrett
                                                                UNITED STATES DISTRICT JUDGE