IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
**FOR THE USE OF S. H. ANTHONY, INC.**                              **PLAINTIFF**

V.                              CIVIL ACTION NO. 1:15-CV-128-KS-RHW

**SAUER INCORPORATED,** *et al.*                              **DEFENDANTS**

### ORDER

Pursuant to the parties' agreement as communicated to the Court, the settlement agreement read into the record at the settlement conference on January 17, 2017, is amended to include the following provision: "Sauer and Federal release SHA for any and all work performed by Creel Excavation on the project."

SO ORDERED AND ADJUDGED, on this, the ___18th___ day of January, 2017.

                                                ___s/Keith Starrett___
                                                UNITED STATES DISTRICT JUDGE